From:        State Department Foia <noreply@mail.foia.state.gov>
To:          FPC Policy <policy@fpchq.org>
Date:        Wed, August 22, 2018, 9:48 AM PDT
Subject:     FOIA Request Letter

Thank you for filing your FOIA request online on 8/22/2018. Here is a review of your request.

The records I request can be described as follows:

1) For the period of July 1, 2018, through and inclusive of August 21, 2018, all public records and information that contain one or more of the following subjects: 3-D printable gun blueprints; 3D printing; plastic firearms; firearm printing files; firearm machining files; "ghost guns". 2) For the period of July 1, 2018, through and inclusive of August 21, 2018, all public records and information that contain one or more of the following subjects: "Defense Distributed"; "Cody Wilson"; "Code is Free Speech"; "CodeIsFreeSpeech.com"; "Brandon Combs"; "Firearms Policy Coalition"; "Firearms Policy Foundation"; "The Calguns Foundation"; "California Association of Federal Firearms Licensees". Please note that we do not seek publicly-available court documents that were not filed under seal. Thank you for your consideration of this request. Requestors: Brandon Combs, individually and on behalf of Firearms Policy Coalition Firearms Policy Foundation The Calguns Foundation California Association of Federal Firearms Licensees

The time period of my request is from 07/01/2018 to 08/21/2018

I am affiliated with an educational or noncommercial scientific institution seeking information for a scholarly or scientific purpose and not for commercial use.Additional documentation will be required.

I am willing to pay $500 for my request.

I request a waiver of all fees for this request.
Reason: We respectfully request a waiver of all fees for this request. Disclosure of the requested information to us is in the public interest because it is likely to contribute significantly to public understanding of the operations or activities of the government and is not primarily in any commercial interest.

I have a compelling need for expeditious handling:
- An urgency to inform the public concerning actual or alleged Federal Government activity exists.This option available for ONLY PERSONS PRIMARILY ENGAGED IN DISSEMINATING INFORMATION.
- Matters of important public debate and concern, including Constitutional rights. The information is urgently needed by institutions engaged in publicizing information in order to inform the public concerning actual or alleged government activity. Specifically, there appears to be a connection between some government actors (including members of Congress) and large Internet communications and infrastructure platforms in an effort to chill or impose severe restrictions on speech and civil rights. See, e.g., the following for background: A) "[U.S. Senator] Menendez Calls on Secretary Pompeo to Stop Online Posting of Do-it-Yourself, 3-D Printable Gun Blueprints", online at https://www.menendez.senate.gov/news-and-events/press/menendez-calls-on-secretary-pompeo-to-stop-online-posting-of-do-it-yourself-3-d-printable-gun-blueprints B) "[U.S.] Senators Urge Tech Companies To Remove 3-D Gun Plans from Platforms", online at https://www.feinstein.senate.gov/public/index.cfm/press-

Exhibit "A"

releases?id=F88582CA-30FE-48C7-A463-EE66E816E7BE C) "Gun-Rights Activists Who Posted Gun Files Say Facebook, Amazon Have Censored Their Site", online at https://freebeacon.com/issues/gun-rights-activists-posted-gun-files-say-facebook-amazon-censored-site/

My additional comments are as follows:

In order to help to determine our status to assess fees, you should know that the institutional requestors are nonprofit organizations that defend the Constitution of the United States, especially the fundamental, individual Second Amendment right to keep and bear arms, through advocacy, legal action, research, education, and outreach. Firearms Policy Coalition operates FPC News, which includes publications and video programming to educate and inform people of issues and news important to the public. This request is made as part of research and news gathering and not for a commercial use.

Contact Information
Mr. Brandon Combs
4212 N. Freeway Blvd. Suite 6
Sacramento, California 95834
P: N/A
F: N/A
policy@fpchq.org