CO-386
10/2018

# United States District Court
# For the District of Columbia

Firearms Policy Foundation, Firearms )
Policy Coalition, Inc. and Brandon Combs )
)
)
               Plaintiff )
vs )   Civil Action No._____
)
U.S. Department of State )
)
)
              Defendant )

### CERTIFICATE RULE LCvR 26.1

I, the undersigned, counsel of record for __Firearms Policy Foundation, Firearms Policy Coalition, Inc.__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Firearms Policy Foundation, Firearms Policy Coalition, Inc.__ which have any outstanding securities in the hands of the public:

NONE.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

MS0009
BAR IDENTIFICATION NO.

Stephen D. Stamboulieh
Print Name

P.O. Box 4008
Address

Madison    MS    39130
City    State    Zip Code

601-852-3440
Phone Number