UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FIREARMS POLICY FOUNDATION, et al.,  )
                                      )
                       Plaintiffs,    )   Civil Action No. 19-3184 (APM)
                                      )
    v.                                )
                                      )
U.S. DEPARTMENT OF STATE,             )
                                      )
                       Defendant.     )
_____)

## ANSWER

Defendant U.S. Department of State hereby answers the complaint of Plaintiffs Firearms Policy Foundation, Firearms Policy Coalition and Brandon Combs ("Complaint"), ECF No. 1, in this Freedom of Information Act ("FOIA") case as follows:

1.     The first paragraph contains Plaintiffs' characterization of this action and request for relief, to which no response is required.  To the extent a response is required, Defendant denies.

## JURISDICTION AND VENUE

2-3.   These paragraphs contain Plaintiffs' legal conclusions, to which no response is required.  To the extent a response is required, Defendant admits that the Court has jurisdiction over this case and that venue is proper in this judicial district.

## PARTIES

4-6.   Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in these paragraphs.

7. Defendant admits that it is a federal agency and that it is headquartered at 2201 C Street, NW, Washington, DC 20520.  The remainder of this paragraph consists of Plaintiffs' legal conclusions, to which no response is required.

## STATEMENT OF FACTS

8. Defendant admits that Plaintiffs submitted a FOIA request dated August 22, 2018, and that a copy of this request is attached as Exhibit A to the Complaint.  The remainder of this paragraph consists of Plaintiffs' characterization of the request, to which no response is required.  The request speaks for itself and is the best evidence of its contents.  Defendant respectfully refers the Court to the request for a full and accurate statement of its contents.

9. Defendant admits that Plaintiffs submitted a FOIA request dated December 18, 2018, and that a copy of this request is attached as Exhibit B to the Complaint.  The remainder of this paragraph consists of Plaintiffs' characterization of the request, to which no response is required.  The request speaks for itself and is the best evidence of its contents.  Defendant respectfully refers the Court to the request for a full and accurate statement of its contents.

10. Defendant denies the allegations in this paragraph, except admits that Plaintiffs sought expedited treatment and a fee waiver for the aforementioned requests and that Defendant did not provide a specific response as to those portions of Plaintiffs' requests.

11. Defendant admits that, as of the date of the Complaint, it has not yet made a final determination as to Plaintiffs' FOIA requests.  The remainder of this paragraph contains Plaintiffs' legal conclusions, to which no response is required; to the extent a response is required, Defendant denies.

## ALLEGED COUNT I

12. Defendant repeats and realleges each and every response heretofore made with the same force and effect as if the same were set forth fully herein.

13. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

14. This paragraph contains Plaintiffs' characterization of the FOIA and conclusions of law, to which no response is required. The FOIA speaks for itself and is the best evidence of its contents. Defendant respectfully refers the Court to the FOIA for a full and accurate statement of its contents.

15. This paragraph contains Plaintiffs' legal conclusions, to which no response is required.

## PRAYER FOR RELIEF

The remaining, unnumbered paragraphs of the Complaint consist of Plaintiffs' requests for relief, to which no response is required. Defendant denies that Plaintiffs are entitled to the relief requested.

\* \* \*

Defendant hereby denies each and every allegation in the Complaint not expressly admitted or qualified above.

## DEFENSE

Defendant reserves its right to amend, alter and supplement the defense contained in this Answer as the facts and circumstances giving rise to the Complaint become known to Defendant through the course of this litigation.

Plaintiffs are not entitled to compel production of records exempt from disclosure by one or more exemptions of the FOIA, 5 U.S.C. § 552.

Dated:  December 4, 2019

>Respectfully submitted,
>
>JESSIE K. LIU, D.C. Bar # 472845
>United States Attorney
>
>DANIEL F. VAN HORN, D.C. Bar # 924092
>Chief, Civil Division
>
>By: /s/ Marsha W. Yee
>MARSHA W. YEE
>Assistant United States Attorney
>Civil Division
>United States Attorney's Office
>555 4th Street, N.W.
>Washington, D.C. 20530
>Telephone:  (202) 252-2539
>Email:  Marsha.Yee@usdoj.gov
>
>*Counsel for Defendant*