UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| FIREARMS POLICY FOUNDATION, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | Civil Action No. 19-3184 (APM) |
| | ) | |
| v. | ) | |
| | ) | |
| U.S. DEPARTMENT OF STATE, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## JOINT STATUS REPORT

Pursuant to the Court's December 5, 2019, Order, ECF No. 7, the parties respectfully submit this joint status report in this Freedom of Information Act ("FOIA") case.

The United States Department of State (the "Department") has advised that it has initiated searches for records responsive to Plaintiffs' FOIA requests and that it does not know at this time when it will complete its searches.  The Department has further advised that, because its searches are in progress, it is not able at this time to provide the anticipated number of potentially responsive records or the anticipated date(s) by which it will release any non-exempt, responsive records.  The Department has advised that it intends to discuss with Plaintiffs the feasibility of narrowing of the requests.  The Department has further advised that it does not anticipate filing an *Open America* stay.

The parties do not know at this time whether summary judgment briefing is necessary and respectfully request that the Court permit the Department to complete its searches and processing and thereafter allow the parties to try to resolve any issues without the Court's involvement.  Accordingly, the parties propose filing another joint status report on or before January 22, 2020.

Dated:  December 19, 2019

| | Respectfully submitted, |
|---|---|
| /s/ *Stephen D. Stamboulieh*<br>Stephen D. Stamboulieh<br>Stamboulieh Law, PLLC<br>P.O. Box 4008<br>Madison, MS  39130<br>(601) 852-3440<br>stephen@sdslaw.us<br>DC District Court Bar# MS0009 | JESSIE K. LIU, D.C. Bar # 472845<br>United States Attorney<br><br>DANIEL F. VAN HORN, D.C. Bar # 924092<br>Chief, Civil Division<br><br>By: /s/ Marsha W. Yee<br>MARSHA W. YEE<br>Assistant United States Attorney<br>Civil Division<br>United States Attorney's Office<br>555 4th Street, N.W.<br>Washington, D.C. 20530<br>Telephone:  (202) 252-2539<br>Email:  Marsha.Yee@usdoj.gov |
| Alan Alexander Beck<br>Law Office of Alan Beck<br>2692 Harcourt Drive<br>San Diego, CA   92123<br>(619) 905-9105<br>Hawaii Bar No. 9145<br>Alan.alexander.beck@gmail.com<br>DC District Court Bar# HI001 | *Counsel for Defendant* |
| *Counsel for Plaintiffs* | |