\UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FIREARMS POLICY FOUNDATION, et al., | ) |
| | ) |
| Plaintiffs, | )  Civil Action No. 19-3184 (APM) |
| | ) |
| v. | ) |
| | ) |
| U.S. DEPARTMENT OF STATE, | ) |
| | ) |
| Defendant. | ) |

## JOINT STATUS REPORT

Pursuant to the Court's Minute Order dated December 19, 2019, the parties respectfully submit this joint status report in this Freedom of Information Act ("FOIA") case.

The United States Department of State (the "Department") has advised that it is still in the process of conducting searches for responsive records and that it anticipates completing its searches by February 28, 2020. The Department has further advised that it has begun processing potentially responsive records that have been located to date and that it anticipates making an initial production of non-exempt, responsive records on February 28, 2020, and monthly rolling releases thereafter.

The parties respectfully request that the Court permit the parties to file another joint status report on or before April 2, 2020.

Dated:  January 22, 2020

| | |
|---|---|
| /s/ *Stephen D. Stamboulieh* | Respectfully submitted, |
| Stephen D. Stamboulieh | |
| Stamboulieh Law, PLLC | JESSIE K. LIU, D.C. Bar # 472845 |
| P.O. Box 4008 | United States Attorney |
| Madison, MS  39130 | |
| (601) 852-3440 | DANIEL F. VAN HORN, D.C. Bar # 924092 |
| stephen@sdslaw.us | Chief, Civil Division |
| DC District Court Bar# MS0009 | |
| | By:  /s/ Marsha W. Yee |
| Alan Alexander Beck | MARSHA W. YEE |
| Law Office of Alan Beck | Assistant United States Attorney |
| 2692 Harcourt Drive | Civil Division |
| San Diego, CA   92123 | United States Attorney's Office |
| (619) 905-9105 | 555 4th Street, N.W. |
| Hawaii Bar No. 9145 | Washington, D.C. 20530 |
| Alan.alexander.beck@gmail.com | Telephone:  (202) 252-2539 |
| DC District Court Bar# HI001 | Email:  Marsha.Yee@usdoj.gov |

*Counsel for Plaintiffs*

*Counsel for Defendant*