UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FIREARMS POLICY FOUNDATION, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>U.S. DEPARTMENT OF STATE, )<br>)<br>Defendant. )<br>_____ ) | Civil Action No. 19-3184 (APM) |

## JOINT STATUS REPORT

Pursuant to the Court's January 23, 2020, Minute Order, the parties respectfully submit this joint status report in this Freedom of Information Act ("FOIA") case.

The United States Department of State (the "Department") has advised that it completed its searches for records responsive to plaintiffs' FOIA request. The Department has further advised that it made interim productions on February 28, 2020, and March 24, 2020, respectively.

The Department has advised, however, that due to the COVID-19 situation, it is currently unable to process records because, among other things, it employs retirees to process records, FOIA processing is not a mission-critical function, the retirees are currently unable to work in the agency's offices and few are able to telework, and many of them are at higher risk for serious illness from COVID-19. Accordingly, the Department asks the Court to stay this case for 60 days. Plaintiffs have consented to staying this case for 60 days.

The parties respectfully request that the Court permit them to file another joint status report on or before May 29, 2020, advising whether the Department has resumed FOIA

processing and, if so, when the Department will resume its rolling releases of any non-exempt, responsive records.

Dated:  April 2, 2020

| | |
|---|---|
| /s/ *Stephen D. Stamboulieh* | Respectfully submitted, |
| Stephen D. Stamboulieh | |
| Stamboulieh Law, PLLC | TIMOTHY J. SHEA, D.C. Bar # 437437 |
| P.O. Box 4008 | United States Attorney |
| Madison, MS  39130 | |
| (601) 852-3440 | DANIEL F. VAN HORN, D.C. Bar # 924092 |
| stephen@sdslaw.us | Chief, Civil Division |
| DC District Court Bar# MS0009 | |
| | By:  /s/ Marsha W. Yee |
| Alan Alexander Beck | MARSHA W. YEE |
| Law Office of Alan Beck | Assistant United States Attorney |
| 2692 Harcourt Drive | Civil Division |
| San Diego, CA   92123 | United States Attorney's Office |
| (619) 905-9105 | 555 4th Street, N.W. |
| Hawaii Bar No. 9145 | Washington, D.C. 20530 |
| Alan.alexander.beck@gmail.com | Telephone:  (202) 252-2539 |
| DC District Court Bar# HI001 | Email:  Marsha.Yee@usdoj.gov |
| | |
| *Counsel for Plaintiffs* | *Counsel for Defendants* |