UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FIREARMS POLICY FOUNDATION, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v.                                                        ) <br> ) <br> U.S. DEPARTMENT OF STATE, ) <br> ) <br> Defendant. ) <br> _____) | Civil Action No. 19-3184 (APM) |

## JOINT STATUS REPORT

Pursuant to the Court's April 2, 2020, Minute Order, the parties respectfully submit this joint status report in this Freedom of Information Act ("FOIA") case.

The United States Department of State (the "Department") has advised that it has actively worked to get its FOIA document reviewers, who are retired Foreign Service Officers and are also referred to as Retired Annuitants ("REAs"), telework ready; to determine whether the potentially responsive records for its active FOIA cases can be processed via telework; and to adjust case assignments so that telework-ready REAs are assigned to cases for which potentially responsive records can be processed via telework.  The Department has further advised that although it cannot compel REAs to telework, about half of them (approximately 30) are willing and able to telework.

The Department has advised that it has determined that some of the potentially responsive records for this case can be processed via telework because such records are not classified and are stored on its new document review platform, FOIAXpress.  The Department has further advised that it has resumed its processing for this case and that it anticipates making its next production of non-exempt, responsive records on July 8, 2020, and monthly rolling

productions thereafter.  The Department has advised that its processing rate likely will be slower than it would have been under normal circumstances because of the reduced number of REAs and the likelihood of technological challenges.

The parties respectfully request that the Court permit them to file another joint status report on or before September 16, 2020.

Dated:  May 29, 2020

|  |  |
|---|---|
| /s/ *Stephen D. Stamboulieh* | Respectfully submitted, |
| Stephen D. Stamboulieh | |
| Stamboulieh Law, PLLC | MICHAEL R. SHERWIN |
| P.O. Box 4008 | Acting United States Attorney |
| Madison, MS  39130 | |
| (601) 852-3440 | DANIEL F. VAN HORN, D.C. Bar # 924092 |
| stephen@sdslaw.us | Chief, Civil Division |
| DC District Court Bar# MS0009 | |
| | By:  /s/ Marsha W. Yee |
| Alan Alexander Beck | MARSHA W. YEE |
| Law Office of Alan Beck | Assistant United States Attorney |
| 2692 Harcourt Drive | Civil Division |
| San Diego, CA   92123 | United States Attorney's Office |
| (619) 905-9105 | 555 4th Street, N.W. |
| Hawaii Bar No. 9145 | Washington, D.C. 20530 |
| Alan.alexander.beck@gmail.com | Telephone:  (202) 252-2539 |
| DC District Court Bar# HI001 | Email:  Marsha.Yee@usdoj.gov |
| | |
| *Counsel for Plaintiffs* | *Counsel for Defendant* |