UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FIREARMS POLICY FOUNDATION, et al.,    )
                                        )
                    Plaintiffs,         )
                                        )
        v.                              )        Civil Action No. 19-3184 (APM)
                                        )
U.S. DEPARTMENT OF STATE,               )
                                        )
                    Defendant.          )
_____)

## **<u>JOINT STATUS REPORT</u>**

Pursuant to the Court's May 29, 2020, Minute Order, the parties respectfully submit this joint status report in this Freedom of Information Act ("FOIA") case.

The United States Department of State (the "Department") has advised that, since the parties' last status report, it has made three productions to plaintiff:  on July 8, 2020, August 6, 2020, and September 4, 2020.  The Department has further advised that it will continue to make monthly productions to plaintiff, although it also advised that the staffing and technological challenges arising from the COVID-19 pandemic will likely limit the Department's ability to process records at the same rate as it would have under normal circumstances.

The parties respectfully request that the Court permit them to file another joint status report on or before January 14, 2021, updating the Court on the status of the case.

Dated:  September 16, 2020

Respectfully submitted,

/s/ *Stephen D. Stamboulieh*
Stephen D. Stamboulieh
Stamboulieh Law, PLLC
P.O. Box 4008
Madison, MS  39130
(601) 852-3440
stephen@sdslaw.us
DC District Court Bar# MS0009

Alan Alexander Beck
Law Office of Alan Beck
2692 Harcourt Drive
San Diego, CA  92123
(619) 905-9105
Hawaii Bar No. 9145
Alan.alexander.beck@gmail.com
DC District Court Bar# HI001

*Counsel for Plaintiffs*

MICHAEL R. SHERWIN
Acting United States Attorney

DANIEL F. VAN HORN, D.C. Bar # 924092
Chief, Civil Division

By:  /s/ Marsha W. Yee
MARSHA W. YEE
Assistant United States Attorney
Civil Division
United States Attorney's Office
555 4th Street, N.W.
Washington, D.C. 20530
Telephone:  (202) 252-2539
Email:  Marsha.Yee@usdoj.gov

*Counsel for Defendants*