UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FIREARMS POLICY FOUNDATION, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> U.S. DEPARTMENT OF STATE, ) <br> ) <br> Defendant. ) <br> _____) | Civil Action No. 19-3184 (APM) |

## JOINT STATUS REPORT

Pursuant to the Court's September 16, 2020, Minute Order, the parties respectfully submit this joint status report in this Freedom of Information Act ("FOIA") case.

The United States Department of State (the "Department") has advised that, since the parties' last status report, it has made four productions to plaintiff: on October 6, 2020, November 5, 2020, December 4, 2020, and January 6, 2021. The Department has further advised that it will continue to make monthly productions to plaintiff, although it also advised that the staffing and technological challenges arising from the COVID-19 pandemic will likely limit the Department's ability to process records at the same rate as it would have under normal circumstances.

The parties respectfully request that the Court permit them to file another joint status report on or before May 13, 2021, updating the Court on the status of the case.

Dated: January 14, 2021

                                                Respectfully submitted,

/s/ *Stephen D. Stamboulieh*                 MICHAEL R. SHERWIN
Stephen D. Stamboulieh                   Acting United States Attorney
Stamboulieh Law, PLLC
P.O. Box 428                                   BRIAN P. HUDAK
Olive Branch, MS 38654                    Acting Chief, Civil Division
(601) 852-3440
stephen@sdslaw.us                         By: /s/ Marsha W. Yee
DC District Court Bar# MS0009         MARSHA W. YEE
                                                 Assistant United States Attorney
                                                 Civil Division
Alan Alexander Beck                       United States Attorney's Office
Law Office of Alan Beck                  555 4th Street, N.W.
2692 Harcourt Drive                        Washington, D.C. 20530
San Diego, CA 92123                   Telephone: (202) 252-2539
(619) 905-9105                                Email: Marsha.Yee@usdoj.gov
Hawaii Bar No. 9145
Alan.alexander.beck@gmail.com    *Counsel for Defendants*
DC District Court Bar# HI001

*Counsel for Plaintiffs*