UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FIREARMS POLICY FOUNDATION, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>U.S. DEPARTMENT OF STATE, )<br>)<br>Defendant. )<br>) | Civil Action No. 19-3184 (APM) |

## JOINT STATUS REPORT

Pursuant to the Court's January 14, 2021, Minute Order, the parties respectfully submit this joint status report in this Freedom of Information Act ("FOIA") case.

The United States Department of State (the "Department") has advised that, since the parties' last status report, it has made four productions to plaintiff: on February 4, 2021, March 4, 2021, April 6, 2021, and May 5, 2021. The Department has further advised that it will continue to make monthly productions to plaintiff, although it also advised that the staffing and technological challenges arising from the COVID-19 pandemic will likely limit the Department's ability to process records at the same rate as it would have under normal circumstances.

The parties respectfully request that the Court permit them to file another joint status report on or before September 15, 2021, updating the Court on the status of the case.

Dated:  May 13, 2021

|  |  |
|---|---|
| /s/ *Stephen D. Stambouliel*<br>Stephen D. Stambouliel<br>Stambouliel Law, PLLC<br>P.O. Box 428<br>Olive Branch, MS 38654<br>(601) 852-3440<br>stephen@sdslaw.us<br>DC District Court Bar# MS0009<br><br>Alan Alexander Beck<br>Law Office of Alan Beck<br>2692 Harcourt Drive<br>San Diego, CA   92123<br>(619) 905-9105<br>Hawaii Bar No. 9145<br>Alan.alexander.beck@gmail.com<br>DC District Court Bar# HI001<br><br>*Counsel for Plaintiffs* | Respectfully submitted,<br><br>CHANNING D. PHILLIPS, D.C. Bar #415793<br>Acting United States Attorney<br><br>BRIAN P. HUDAK<br>Acting Chief, Civil Division<br><br>By:  /s/ Marsha W. Yee<br>MARSHA W. YEE<br>Assistant United States Attorney<br>Civil Division<br>United States Attorney's Office<br>555 4th Street, N.W.<br>Washington, D.C. 20530<br>Telephone:  (202) 252-2539<br>Email:  Marsha.Yee@usdoj.gov<br><br>*Counsel for Defendants* |