UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FIREARMS POLICY FOUNDATION, et al., ) | |
| ) | |
| Plaintiffs, ) | Civil Action No. 19-3184 (APM) |
| ) | |
| v. ) | |
| ) | MOTION TO WITHDRAW |
| U.S. DEPARTMENT OF STATE, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## MOTION TO WITHDRAW APPEARANCE

Pursuant to Local Rule 83.2 and 83.6(c). Mr. Alan Beck moves this Court to allow him to withdraw his appearance from the above captioned case. Plaintiff will continue to be represented by Mr. Stephen D. Stambouliegh. In compliance with Local Rule 83.6(c), a copy of this motion will be served upon all parties by this Court's ECF system upon the filing of this motion.

Dated: September 22, 2021,

Respectfully submitted,


/s/ Alan Beck_____

Alan Alexander Beck
Law Office of Alan Beck
2692 Harcourt Drive
San Diego, CA   92123
(619) 905-9105
Hawaii Bar No. 9145
Alan.alexander.beck@gmail.com
DC District Court Bar# HI001


*Counsel for Plaintiffs*

CERTIFICATE OF SERVICE

I, Alan Beck, counsel for Plaintiff, hereby certify that on this day, I have caused to be filed the foregoing document or pleading with the District Court's ECF which sent a notice and a copy of the foregoing to all counsel of record.

Dated: September 22, 2021

/s/ Alan Beck

Alan Beck