UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| FIREARMS POLICY FOUNDATION, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 19-3184 (APM) |
| | ) | |
| U.S. DEPARTMENT OF STATE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## <u>JOINT STATUS REPORT</u>

Pursuant to the Court's September 15, 2021, Minute Order, the parties respectfully submit this joint status report in this Freedom of Information Act ("FOIA") case.

Since the parties' last status report, the United States Department of State (the Department") has made four productions to plaintiffs:  on October 8, 2021; November 8, 2021; December 8, 2021; and January 10, 2022.  The Department has advised that it will continue to make monthly productions to plaintiffs, although the current COVID-19 pandemic continues to impede its ability to respond to plaintiffs' FOIA requests.

The parties respectfully request that the Court permit them to file another joint status report on or before May 18, 2022, updating the Court on the status of the case.

Dated:  January 13, 2022

Respectfully submitted,

/s/ *Stephen D. Stamboulieh*
Stephen D. Stamboulieh
Stamboulieh Law, PLLC
P.O. Box 428
Olive Branch, MS 38654
(601) 852-3440
stephen@sdslaw.us
DC District Court Bar# MS0009

*Counsel for Plaintiffs*

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Acting Chief, Civil Division

By:  /s/ Marsha W. Yee
MARSHA W. YEE
Assistant United States Attorney
Civil Division
United States Attorney's Office
555 4th Street, N.W.
Washington, D.C. 20530
Telephone:  (202) 252-2539
Email:  Marsha.Yee@usdoj.gov

*Counsel for Defendant*