UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FIREARMS POLICY FOUNDATION, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> U.S. DEPARTMENT OF STATE, ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 19-3184 (APM) |

**JOINT STATUS REPORT**

Pursuant to the Court's January 13, 2022, Minute Order, the parties respectfully submit this joint status report in this Freedom of Information Act case.

Since the parties' last status report, the United States Department of State (the "Department") has made four productions to plaintiffs: on February 8, 2022; March 8, 2022; April 8, 2022; and May 5, 2022. The Department has advised that it will continue to make monthly productions to plaintiffs.

The parties respectfully request that the Court permit them to file another joint status report on or before October 20, 2022, updating the Court on the status of the case.

Dated:  May 18, 2022

| | Respectfully submitted, |
|---|---|
| /s/ *Stephen D. Stambouliehh* | MATTHEW M. GRAVES, D.C. Bar #481052 |
| Stephen D. Stambouliehh | United States Attorney |
| Stambouliehh Law, PLLC | |
| P.O. Box 428 | BRIAN P. HUDAK |
| Olive Branch, MS 38654 | Chief, Civil Division |
| (601) 852-3440 | |
| stephen@sdslaw.us | By:  /s/ Marsha W. Yee |
| DC District Court Bar# MS0009 | MARSHA W. YEE |
| | Assistant United States Attorney |
| *Counsel for Plaintiffs* | Civil Division |
| | United States Attorney's Office |
| | 601 D Street, N.W. |
| | Washington, D.C. 20530 |
| | Telephone:  (202) 252-2539 |
| | Email:  Marsha.Yee@usdoj.gov |
| | |
| | *Counsel for Defendant* |